*Received in Clerk's Office*
*USDC 8/4/05*

NAME: VETER A. MOORE

ADDRESS: U.S. PENITENTIARY
Lewisburg PA.

or PLACE OF CONFINEMENT & PRISON NUMBER

Note: If represented by an attorney, his name, address & telephone number

Note: It is your responsibility to notify the Clerk of the Court, in writing of any change of address

05-11758 WGY

Clerk

*United States District Court*

FOR THE
DISTRICT OF MASSACHUSETTS - BOSTON

FULL NAME: (Include name under which you were convicted)
U.S.A. EX-REL, VETER MOORE
                                                Petitioner,
        — vs. —
UNITED STATES OF AMERICA
U.S. ATTORNEY GENERAL GONZALEZ

NAME OF WARDEN (or other authorized person having custody of petitioner) WARDEN SMITH, U.S. PRISON
Lewisburg PA, _ TN or MISS.            Respondent.

CASE NO: _____
(To be supplied by the clerk of the United States District Court)

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
28 U.S.C. § 2241 /1651-1361

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the petitioner, under penalty of perjury. You must set-forth *CONCISELY* the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this except that *ONE* separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, you petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and cost of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If you prison account exceed $25.00, you must pay the filing fee as required by the rule of the district cour.

When the petition is completed, the *original and two copies* must be mailed to the Clerk of the United States District Court for the

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instruction will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns: / USDC. DISTRICT OF MASSACHUSETTS IND. NO. 91-10295

1. ☑ a conviction
2. ☑ a sentence
3. ☐ jail or prison conditions
4. ☐ prison discipline
5. ☐ a parole problem
6. ☑ other FALSIFIED POLICE REPORT
ADD'L ENCLOSED
SEE COPY OF FALSIFIED POLICE REPORT / ALIVO LIKE MINUTES ADOPTED / USED IN THIS SUCCESSIVE FEDERAL ___

LACKING JURISDICTION / TO CONVICT / PLAINT UPON / A RACIST / FALSIFIED / POLICE REPORT / WRITTEN by a CONVICTED RACIST / POLICEMAN MIGUEL DEVITO INDICTED ON APRIL 10th 2004 / FOR A RACIST / POLICE / POLICY OF FALSIFYING (ONLY) BLACK AMERICAN POLICE REPORT / THE U.S. ATTORNEY STEPHEN ROBINSON USED / RELIED UPON THIS FALSE POLICE REPORT TO SUCCESSFULLY CONVICT / PETITIONER IN FEDERAL COURT

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 2 of 9

# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 05-1442

05-1443

VETTER G. MOORE

Petitioner - Appellant

v.

COMMONWEALTH OF MASSACHUSETTS

Respondent - Appellee

**CASE OPENING SCHEDULING NOTICE**

Issued: 4/5/05

The above-captioned appeal was docketed in this court today pursuant to Rule 12 of the Federal Rules of Appellate

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XX POLICE COURT    App Q XX
SUPREME COURT OF THE USA    EX PARTE QUIRIN 317 US 1
                            RUMSFELD v. PADILLA 159 L Ed 2d 538

VETTER G. MOORE, )
          Petitioner, )
                      )    M.B.D. No: 05-____-WGY
                      )
          v.          )    05 MBD 10075
                      )
COMMONWEALTH OF MASSACHUSTTEETTS )

For the reasons set forth herein, it is ORDERED that Petitioner's January 25, 2005 is stricken and shall be returned to him. It is further ORDERED that Petitioner's prior filings in his various cases over the past years shall be destroyed.

674 F. Supp. 57                BACKGROUND       FELKER v. TURPIN 135 L Ed 2d 827

By Memorandum and Order in Civil Action No. 87-0942-WGY, dated July 8, 1987, this Court found that at least since the late 1970's Petitioner Vetter G. Moore has been a frequent and abusive filer, with respect to numerous petitions for writ of habeas corpus, tort claims, and other claims for monetary damages

CASE FILE
28 U.U.284:

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

SUMMARY — BY A FICTICIOUS FEDERAL CONVICTION WITHOUT ANY
ANY INDICTMENT OFF A FAKE (POLICE REPORT) ACTUALLY INDICTING ME IN FEDERAL SUCCESSIVE PROSECUTION
(IT SELF) THE POLICE REPORT GIVES THE DATE OF GRAND JURY INDICTMENT
NOTE IN A WARRENTLESS ARREST ON SEPT 15TH (1991) FICTICIOUSLY INDICTED
(SIC) TWO DAYS AFTER THE FAKE ARREST (FICTICIOUSLY) INDICTED SEPT 15 (1991)
NO INDICTMENT EXIST HERE ITS DEPRIVATION OF CIVIL RIGHTS BY CONSPIRACY

PICARD 404 US 270

BOSTON POLICE DEPARTMENT
POLICE REPORT

APP B

COMMONWEALTH
v.
VETTER MOORE

NOTATION
BOSTON HEARLD NEWS
ON APRIL 10TH (2004)
PUBLISHED THAT THE
ARRESTING
OFFICER IN MY
CASE MIGUEL PENTO
WAS INDICTED APRIL
10TH (2004) FOR
FALSIFYING
ANOTHER BLACK
PERSON
POLICE REPORT
AS I AM BLACK
AMERICAN
AN HAS SUFFERED
A FEDERAL
SUCCESSIVE CONVICTION
BY THIS INARTFUL
FALSIFIED POLICE
REPORT
FALSIFIED OVER NIGHT
SEPT 15TH (1991)
WAS ON SUNDAY
THIS FALSITY
WAS CONCOCTED OVER

OFFENSE: ASSAULT W/INT MURDER (4 COUNTS) UNLAWFULLY 09/15/91
CARRYING A FIREARM POSS OF FIREARM W/ALTERED...
J. KEVIN GUY + P.O. MIGUEL PINTO
SUFFOLK SUPERIOR Judge GRAND JURY  Date 09/15/91
Arresting Officer K. GUY + M. PINTO  Prosecuting Officer K. GUY + M. PINTO
K. GUY + M. PINTO  Address AREA D4

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS    POLICE COURT of U.S. Superior Court

GRAND JURY
SUFFOLK COUNTY
Re: Vetter Moore
Presented by: ROSALIND MILLER, ESQ.
Assistant District Attorney

NOTATION
THIS FALSITY WAS USED TO
CAUSE UNJUST CONVICTION
IN USA V MOORE 91-10295
IS THE INDICTMENT NO
US JUDGE ZOBEL USDC.DIST.
MASS. BOSTON CONVICTED

Wednesday, September 18, 1991
Boston, Massachusetts

U.S. ATT. HIGGINS
GOVT. CONVICTED
ME OFF THIS
FICTICIOUS
STATE
POLICE REPORT

RELIEF REQUESTED
THAT THIS HON. JUSTICE

PETITION

FOR A WRIT OF INJUNCTIVE MANDAMUS HABEAS CORPUS

1. Place of confinement U.S. PENITENTIARY AT LEWISBURG, PA.

2. Name and location of court which imposed sentence IND NO 91-10295 JUDGE ZOBEL 4 U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS - BOSTON

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   (a) 18 USCA 922(g) ENHANCED TO A.C.C. 18 USCA 924(E)
   (b) 21 USCA 841(a)(1)
   (c) FELON POSSESSION FIREARM Enhanced to ARMED CAREER CRIMINAL / 21 USCA 841 / POSSESSION 13 grams of COCAIN powder

4. The date upon which sentence was imposed and the terms of the sentence:
   (a) 35 YRS FOR ACC 18 USCA 924(E) 35 YRS SENTENCE
   (b) 20 YRS FOR 21 USCA 841 POSSESSION OF 12 grams POWER COCAIN
   (c) 20 YRS CONSECUTIVE TO THE 35 YRS SENTENCE

5. Check whether a finding of guilt was made:
   (a) ☐ After a plea of guilty
   (b) ☒ After a plea of not guilty
   (c) ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   (a) ☒ a jury — 18 USCA 243 / ALL WHITE JURY NOT OF MY PEERS
   (b) ☐ a judge without jury

7. Did you appeal from the judgment of conviction or the imposition of sentence? (PUBLISHED CASE)
   ☒ Yes ☐ No (1993) U.S. FIRST / CIRCUIT / ACCEPTED DIRECT APPEAL

8. If you did appeal, give the following information for each appeal:
   (a)(1) Name of Court U.S. FIRST CIRCUIT
   (2) Result AFFIRM CONVICTION BUT TRANSFERED 2241 92-8028
   (3) Date of Result TRANSFERED 22ST OCT 10 (1993) CA 93-8039
   (4) Citation or number of opinion UNKNOWN BUT PUBLISHED

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds Raised *(list each)* DRO SE COUNSEL/ in SOLO/ TRIAL

   (A) CORE ARGUMENT (4) DAYS OF ARGUMENT WAS

   (B) THE FALSIFIED/ POLICE REPORT

   (C) ARGUED/ THE FALSE WARRANTLESS ARREST

   (D) BASED ON THIS ALLEGED GUN CASE

(b)(1) Name of Court FLORIDA v. LT. 529 U.S. 266

(2) Result 2241-2255 TRANSFER TO U.S. First Circuit (1992)

(3) Date of result DISTRICT COURT REFUSED TO DOCKET CASE

(4) Citation or number opinion _____

(5) Grounds raised *(list each)*

   (A) SEE U.S. FIRST CIRCUIT CA 2005-5020-1442-1443

   (B) MOORE V. COM MASSACHUSETT ATT. GEN RILEY OF MASS

   (C) IN DEFAULT SEE BRIEF IN SCHEDULE DRAFT on

   (D) 6/27/2005 ACTION - COMMON NOBIS WRIT OF ERROR

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.

NO GRAND JURY INDICTMENT 2255 IS INADEQUATE

9.  State *CONCISELY* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date. PENTE POLICY 361 US 529- 4 LEAD 2D 590

   (a)  Ground One SUFFOLK COUNTY MASSACHUSETTS POLICE DEPT SUED FOR 3 MILLION CIV 91-2587 MOORE V BOSTON MASS/ POLICE DEPT

Supporting *FACTS* (tell your story *BRIEFLY* without citing cases or law).

CAUTION: You must state *facts not conclusions* in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time or place. ABOVE PARTY!!!

IN SUFFOLK DEFAULT THE BOSTON POLICE DEPT SUED IN (1991) SAME YEAR I WAS KIDNAPPED BY THE PRE-ISSUED POLICE REPORT/ HELD IN COURT JAIL SUFFOLK/ MIDDLESEX FOR (3) MONTHS WITHOUT ANY SUMMONS/ WITHOUT ANY GRAND JURY INDICTMENT - TO CAUSE ME DEFAULT OF THE SUIT)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

6 a 7

Page # 4 of 9

THE GOVT USED THIS FAKE POLICE REPORT. SEE PAGE
IN-TO KNOWING NO STATE GRAND JURY DID NOT INDICT

(b) Ground Two THE GOVT SUCCESSIVE CONVICTION WAS
PROCURED FROM SUFFOLK COUNTY INDICTMENTLESS CASE.

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

COM. OF MASS. V. MOORE VETH IND NO 91-099572 (81)
AT SUPERIOR COURT SUFFOLK COUNTY MASSACHUSETTS (NO)
GRAND JURY NEVER INDICTED VETH MOORE
         THE POLICE REPORT FICTICIOUSLY
INDICTED MOORE THE OVER-NIGHT FAKE INDICTMENT
SIC GOVERNMENT ARRESTED ON SEPT 15TH (1991)

(c) Ground Three FICTICIOUSLY INDICTED ON SEPT 18TH (1991) SIC
SEPT 15TH (1991) WAS ON SUNDAY, OVER NIGHT FAKE INDICTMENT

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

U.S. ATTORNEY STEPHEN HIGGINS KNEW ALL THE 3 STATE
CASES WAS NOLLE PROSEQUI IN NOV 14 (1991) BY DISTRICT
ATTORNEY RUSHING MILLER (WISCONSIN)
         SIC D.A MILLER USED SEPT 18 (1991)
AS THE DATE OF INDICTMENT, SAME FAKE DATE POLICE
MAN MIGUEL PEREZ INDICTED US ON THE POLICE
REPORT.    BECAUSE OF RACISM ISSUE, 7 JUL 242

(d) Ground Four

Supporting *FACTS* (Tell your story *BRIEFLY* without citing cases or law).

U.S. ATTORNEY STEPHEN HIGGINS HAVE NO VALID
GRAND JURY INDICTMENT FOR THIS SUCCESSIVE
CONVICTION. U.S. ATTORNEY STEPHEN HIGGINS
MADE UP HIS OWN FICTICIOUS
FAKE GRAND JURY MINUTES, FALSIFIED, THAT A
JOHN DOE, WAS FICTICIOUSLY INDICTED ON NOV 5 '91
DECOYED AN INVENTED 18 USC 1512

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

10. Have you ever filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?
☑ Yes   ☐ No

11. If your answer to Question No. 10 was yes, give the following information: A 2241-habeas filed
    (a)(1) Name of Court  U.S. First Cir 92-828 Moore v U.S. et. seversal
    (2) Nature of proceedings  Recore same  674 G Supp 57
    (3) Grounds raised  Before said) that District Court lack jurisdiction by a federal (John Doe) being indicted voir dire noted & Connor 404 U.S. 270
    (4) Result  In re Wilson 114 US 419
    (5) Date of Result  First Circuit transfer 2241-2255 no disposition
    (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.
    See Moore v Moore 2005-10075 J. young Bar order
    (b)(1) Name of Court  674 F Supp 57
    (2) Nature of proceedings ___
    (3) Grounds raised ___
    (4) Result ___
    (5) Date of Result ___
    (6) Citation or numbers of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.  674 G Supp 57  Moore v Moore
    2005-10075  Moore v Moore
    Judge young Bar order
    See U.S. First Circuit
    2005-1442-1443 Moore v Worthington / District Mass
    2005-1121 Moore v U.S. & Zobel / First Cir / Dist / Mass

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

13. Are you presently represented by counsel? ☐ Yes  ☑ No

    If so, name, address and telephone number _____

    Case name and court _____

14. If you are seeking leave to proceed in *forma pauperis*, have you completed the declaration setting forth the required information?

    ☑ Yes    ☐ No,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding. TO DISCHARGE FROM ILLEGAL RESTRAINT, RETURN OF MY PROPERTY / MONEY TAKEN IN THE UNWARRANTED ARREST TO GRANT HABEAS CORPUS SHOW CAUSE FORTH...

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___Aug 1st 2005_____
                    (date)

_____
Signature of Petitioner

U.S.A. ex.rel.
VERES MOORE
_____
(Petitioner)
— vs —
U.S. ATT. GENERAL GONZALES ET U.S.A.
_____
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _Luis by Mohn VERES 9 MOORE_ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    ☐ Yes    ☒ No  UNEMPLOYED, FEDERALLY DETAINED

   a. If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.
      N/A

   b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.
      N/A

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self employment?    ☐ Yes    ☒ No
   b. Rent payment, interest or dividends?                 ☐ Yes    ☒ No
   c. Pension, annuities or life insurance payments?      ☐ Yes    ☒ No
   d. Gifts or inheritances?                               ☐ Yes    ☒ No
   e. Any other sources?                                   ☐ Yes    ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.
   N/A

3. Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?    ☐ Yes    ☐ No

   If the answer is yes, state the total value of the items owned.

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

Page # 8 of 9

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

*Under 28 USCA 1746 penalty statute*

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  August (2005)
                       (date)

                _____
                Signature of Petitioner

Veitel Moore Reg. No
18710-038 U.S. Penov
[illegible]

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ _____ institution _____

_____

_____

_____

DATED _____

                Authorized Officer of Institution

                _____
                Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY