```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

IN RE:  VETTER G. MOORE,
            Petitioner.
                                    C.A. 05-11758-WGY
```

ORDER FOR DISMISSAL

YOUNG, C.J.

In accordance with the Memorandum and Order dated August 16, 2005 (#2) directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

/s/ Elizabeth Smith
Deputy Clerk

Dated: August 25, 2005