J. Howard J. Boudin J. Tumuelli     PRIOR 1st CIR CASE
J. Selya J. Stahl J. Coffin   05-1442     DIST/ MASS/ BOSTON
J. Cyr J. Lynch J. Lipzes     2005-11216-10075
      UNITED STATES COURT OF APPEALS    U.S. First Cir Case
             For The        94-8018
05-11758-WGY      FIRST CIRCUIT       2005-8020
             Aug 29 (2005)      2005-1443

                                gov't SUCCESSIVE CONVICTION
IN-RE                        )     FALSIFIED POLICE REPORT
   VETTER MOORE         )     DEPOSITION PENDING
vs                           )     2241 HABEAS CORPUS
UNITED STATE AMERICA    )     APPEAL/
                               )     COM. MASS v VETR MOORE
VETTER MOORE          )     IND. NO 91-099572 (81)
vs                           )     SUPERIOR COURT SUFFOLK
COM/ of/ Massachusetts    )     COUNTY MASSACHUSETTS   NO
                               )     INDICTMENT DOES NOT EXIST

(Civ 2005-11758)
                  Judge Young
U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS (BOSTON)

A)

COME NOW PETITIONER THIS Aug 29 (2005) & HEREWITH
FILE THIS INSTANT NOTICE OF APPEAL, WILL BE FOLLOWED
BY A WRIT OF SUPPLEMENTAL WRIT OF ERROR CORAM
NOBIS VOBIS FROM U.S. Judge Young
       SUMMARY DISMISSAL OF 2241/ DISMISSED ON
B)    Aug 16. (2005) APPEAL IS TAKEN TO THE
       U.S. COURT OF APPEALS for THE FIRST CIRCUIT
SWORN 28 USC 1746      TRANSMIT THE 2241 FORM.
Aug 29 (2005) NOTARY PUBLIC
                    /s/ Vetter Moore
                   VETR MOORE NO 18160-038 U.S. PRISON/ LEWIBURG PA

J. Howard  J. Torruella            2                    J. Young
J. Lipez  J. Boudin, Chief Circuit Judge    Dist/ Massachusetts
J. Cyr.                                     76-706-2005-11216 Zobel
         J. Stahl   F.R.A.P Rule 27(c)      2005-10073 J. Young
J. Selya J. Lynch  2005-1442                         J. Zobel
                                            U.S First
                                            Cu 91-8018-2005-8020

# United States Court of Appeals for the First Circuit

Aug 27 (2005)

In-re                    )  18 USCA 1506 Illegally Convicted on
VETTER MOORE            )  Racist/ Falsified Police Report/
PETITIONER              )  Policeman Indicted for Race Hate Crimes
                        )  28 USCA 2241
                        )  Deposition Pending
                        )  Appeal

VETTER MOORE APPELLATE )
               PETITIONER )
VS.                     )
COMM/ OF/ MASSACHUSETTS )
U.S.A.                  )  In-re Moore 2005-3419
                        )  U.S. 2d Circuit
                           2005-1442.1443-1442.2377
                           U.S. 3rd Cu Moore v USA

LIC U.S Attorney Farmer

Civ 2005-11758 In-re Moore Judge Young
U.S. District Court on the District of Massachusetts

(C) US v Moore Ind No 91-10295 Dist/ Mass/ J. Zobel

In//10000  VETTER MOORE after being sworn this 9/27/2005
sworn under pains penalties of perjury as prescribed
under 28 USCA 1746.

(D) This is a Deposition pending appeal
of this instant, summary dismissal of his 28 USCA 2241
order entered by U.S Judge
Young on Aug 27th (2005)

Sworn under 28 USCA 1746
Aug 28 (2005) Notary Public

[signature]
Vetter Moore Reg no 18760-038 U.S.
Prison Lewisberg PA Box 1000. 17837

J. Howard J. [illegible] J. [illegible] 05-1442   DIST/ MASSACHUSETTS
J. Lipzeg J. Howard J. Lynch   J. Torruella   J. Young 7L-70L
J. [illegible] J. Boudin J.   2005-16075-05-1758

United States Court of Appeals For The First Circuit

In Re   Vern Moore
         Vern Moore
              -vs-
         USA/ Massachusetts

(E)   Jurisdiction
      28 USCA 1291(a) 1292(a) 1651-1361-2241-2106
              18 USCA 3231-241-242-1506

(F) Pro se Counsel in Solo/ Core Argument at Trial/ Extensively Argued That The Arresting Officer Miguel Pento in This Instant Federal (Successive Conviction in USA v Moore Ind No 91-10295 Dist/ Mass/ Boston Sentenced April 14 (1992). The Government Only Evidence Used In This Successive Conviction was The Racist

(G) Police Officer Miguel Pento/ Falsified Police Report/ Was The Only Evidence The Govt Used [In Warrantless Arrest] Police Officer Pento Admitted At Trial under

(H) Expert Cross Examination by Pro Se Counsel/ P.O Pento said That It Was Not His Signature On The Affidavit.

Sworn 28 USCA 1746
Aug 27 (2005)
Notary Public

[signature]
Vern Moore Reg No 18760-038
[illegible]

J. Lipres, J. Lynch          J. Torruella U.S. Fed Cir
J. Ou     J. Stahl   EMP Rule 27(c)    J. Coffin   Denied Cas
J. Selya  J. Boudin  Chief U.S. Circuit Judge J.              90-808
                                                              2005-8020

United States Court of Appeals for the First Circuit

In Re Veru Moore                           Dist Mass
Veru Moore                                 J. Young 05-10075
                                           J. Zobel 05-11216
USA / Com Mass. et al                      Massachusetts

Commonwealth v. Moore

Sworn Deposition                18 USC 1506
Affidavit De Bene Esse           18 USC 241-242

1)     28 USC 1746 / This 9/27 (2005)

This 2241 Appeal / Summarily Dismissed by U.S. Judge Young on Aug 24th — 2005 Civ 2005  11758.

2)     Concerns This Instant Successive Federal Conviction / Ind No 91-10295 US v Moore Veru Sentenced on April 14th (1992) at District Massachusetts Boston Judge Rya Zobel / U.S. Attorney Stephen Higginson

3)     The Gov't Only Sole Evidence Was a Racist Police Report (Falsified Police Report) by a Racist Policeman / Miguel Pento / The Boston Herald News Paper / Required / P.O. Pento / Was Indicted on April 10 (2004) For 2 Custom Policy Practice of Falsifying Only Black American Police Report Argued at Trial

Sworn 28 USC 1746
Aug 27 (2005) Notary Public

Veru Moore Reg No 10160-038
U.S. Prison / Lewisburg PA

Box 1000
17837

J. Torruella                                              J. Lynch                5
J. Coffin                    F.R.A.P. Rule 27(c)          J. Selya
J. Cyr    J. Lipez    Chief Circuit Judge  J. Boudin
J. Stahl

4) U.S. Court of Appeals First Circuit
Fraud Estoppel Civ 91-0537(0)
A 3 million 35000 False Imprisonment suit/ was hide &
concealed/ by this successive federal conviction in (1992)
Pre Trial concealment order issued/ twice in (1992) (1991)
Detained/ by decoy inveigle/ kidnapped at Suffolk
Summary                                   Middleton County Jail/ MASS
        tactics

5) In this dubious U.S. govt successive conviction Based
solely on a racist/ indicted policeman Miguel Pento
Falsified Police Report/ argued adamantly at trial

6) Com. of Mass. v. Moore Moore Y. Ind No 91-099572 (81) This
(Indictmentless) case was vindictively used by U.S. Attorney
Stephen Higginson.

7)                              No grand jury did not indict
Moore at Suffolk County Court Mass (sic) in the
fake falsified indictment/ concocted from the falsified
police report/ undenied by the USA/Massachusetts

8)                    Relief Requested
Civ 91-0537(0)
Moore Exe-Trustee Mass Superior Court Suffolk Massachusetts
> was not allowed to attend my Pro Se Pre Trial conference
Order in (1991)(1992) U.S. Marshal/ & Sheriff, duress
                                Grant Injunctive Mandamus Deposition
Sworn 28 USC 1746               on Appeal to remedy delay
Aug 27 (2005) Notary
Public                          /s/ Willie Moore
                                Veru Moore Reg No 18160-038
                                U.S. Prison, Lewisburg PA Box 1000