## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11758

Vetter G. Moore

v.

Commonwealth of Massachusetts

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/1/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 8, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/9/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11758-WGY

In Re: Vetter G. Moore
Assigned to: Chief Judge William G. Young
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/04/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Petitioner**

**In Re: Vetter G. Moore**   represented by   **In Re: Vetter G. Moore**
U.S. Penitentiary
P.O. Box 1000
Lewsiburg, PA 17837
PRO SE

V.

**Respondent**

**Alberto Gonzalez**
*United States Attorney General*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 0.00, receipt number 0.00, filed by In Re: Vetter G. Moore. (Jenness, Susan) (Entered: 08/25/2005) |
| 08/04/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter |

| | | |
|---|---|---|
| | | will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 08/25/2005) |
| 08/16/2005 | 2 | Judge William G. Young : MEMORANDUM AND ORDER entered: For the reasons set forth in the Memorandum and Order, the August 4, 2005 habeas petition is dismissed. Moore's application to proceed in forma pauperis is denied. It is FURTHER ORDERED that the Clerk shall assign this pleading as a separate civil action in order to preserve an electronic record of this Memorandum and Order. The action shall then be terminated in view of this Order. Moore is once again advised that he is subject to this Court's Orders restricting and enjoining his filings. This Court will not tolerate violations of this Court's Orders, and further sanctions or restrictions may be imposed for repeated violations.(PSSA1) (Entered: 08/25/2005) |
| 08/25/2005 | 3 | Judge William G. Young : Order entered: ORDER DISMISSING CASE(PSSA1) (Entered: 08/25/2005) |
| 09/01/2005 | 4 | NOTICE OF APPEAL as to 3 Order Dismissing Case, 2 Memorandum & ORDER,, by In Re: Vetter G. Moore. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/21/2005. (Received for Docketing from Appeals Court on 9/7/05)(Bell, Marie) (Entered: 09/08/2005) |