USDC/MA
Young, W.

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2346
DC No. 05-11758

**MANDATE**

VETTER G. MOORE
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

JUDGMENT
ENTERED: January 10, 2006

On November 18, 2005, this court issued an order directing the appellant to either submit a certified prison trust account statement or to pay the filing fees of $255.00 to the district court. This court notified appellant that failure to take any action could result in this appeal being dismissed in accordance with Local Rule 3(b).

A review of the district court docket does not reflect the payment of the filing fees, nor did the appellant submit the certified prison trust account statement to this court to complete his request for in forma pauperis status. This appeal, therefore, is dismissed for lack of prosecution in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk
Date: 3/3/06

By the Court:

Richard Cushing Donovan, Clerk

**JULIE GREGG**

By: _____
Operations Manager

[cc: Messrs. Moore and Sullivan]